# United States District Court
# Southern District of Indiana
# Indianapolis Division

| | | |
|---|---|---|
| INDIANA DEMOCRATIC PARTY and MARION COUNTY DEMOCRATIC CENTRAL COMMITTEE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 1:05-cv-0634-SEB-VSS |
| TODD ROKITA, J. BRADLEY KING and KRISTI ROBERTSON, in their official capacities, | ) ) ) ) | |
| Defendants. | ) | |
| WILLIAM CRAWFORD, et al., | ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 1:05-cv-0804-SEB-VSS |
| MARION COUNTY ELECTION BOARD, | ) ) ) | |
| Defendant. | ) | |

The Honorable Sarah Evans Barker, Judge

Minute Entry for June 23, 2005

Come now the parties by counsel and the Court convenes a telephone status conference. The parties stipulate to the consolidation of these two causes. The cases shall therefore be consolidated under the earlier-filed cause number, and all filings shall be made and maintained under that number. The Clerk of the Court shall close the later-filed cause number.

Counsel continue their efforts to develop a Case Management Plan appropriate to the issues before the Court in these causes.

The conference is adjourned.

Copy to:

Thomas M. Fisher
INDIANA STATE ATTORNEY GENERAL
tfisher@atg.state.in.us

William R. Groth
FILLENWARTH DENNERLINE GROTH & TOWE
wgroth@fdgtlaborlaw.com

Geoffrey S. Lohman
FILLENWARTH DENNERLINE GROTH & TOWE
glohman@fdgtlaborlaw.com

Barry A. Macey
MACEY SWANSON AND ALLMAN
bmacey@maceylaw.com

Douglas J. Webber
INDIANA STATE ATTORNEY GENERAL
dwebber@atg.state.in.us

Kenneth J. Falk
INDIANA CIVIL LIBERTIES UNION
ken.falk@iclu.org

James B. Osborn
OFFICE OF CORPORATION COUNSEL
josborn@indygov.org